**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

ABRAHAM IGNACIO PEREIRA VIDAL,      :
      Petitioner,                 :
                                   :
      v.                    :      Civil No. 2:26-cv-01903-JLS
                                   :
BRIAN McSHANE, *et al.*,            :
      Respondents.          :

---

## ORDER

    **AND NOW**, this 24th day of March, 2026, **IT IS HEREBY ORDERED** that Respondents shall file any opposition to the request for the petition for a writ of habeas corpus on or before **March 27, 2026, at 5:00 PM**.

                                 **BY THE COURT:**


                                 */s/ Jeffrey L. Schmehl*
                                 **JEFFREY L. SCHMEHL**
                                 United States District Court Judge